UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                    **INDICTMENT**

DENNIS WILLIAM BOHNARD,
    a/k/a "Sonny,"

        Defendant.
_____/

The Grand Jury charges:

### COUNT 1
(Possession of a Firearm with Obliterated Serial Number)

On or about November 2, 2019, in Lake County, in the Southern Division of the Western District of Michigan, the defendant,

**DENNIS WILLIAM BOHNARD,**
a/k/a "Sonny,"

knowingly possessed a firearm, that is, a loaded Mossberg International Model 715T .22 caliber rifle made by Companhia Brasileira de Cartuchos (CBC), that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)

## COUNT 2
(Possession of Stolen Firearms)

On or about November 2, 2019, in Lake County, in the Southern Division of the Western District of Michigan, the defendant,

**DENNIS WILLIAM BOHNARD**,
a/k/a "Sonny,"

knowingly possessed the following firearms, which had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe that the firearms were stolen:

a. One Glenfield Model 25 .22 caliber rifle, and

b. One Savage Westpoint combination .22 caliber/20-gauge over/under rifle-shotgun.

18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)

## COUNT 3
(Possession of Unregistered Short-barreled Shotgun)

On or about November 2, 2019, in Lake County, in the Southern Division of the Western District of Michigan, the defendant,

**DENNIS WILLIAM BOHNARD**,
a/k/a "Sonny,"

knowingly possessed a firearm, specifically, a shotgun having a barrel of less than 18 inches in length made from a Montgomery Ward & Co. Hercules 20-gauge shotgun, not registered to him in the National Firearms Registration and Transfer Record, knowing that the shotgun had a barrel of less than 18 inches in length.

26 U.S.C. § 5841
26 U.S.C. § 5845(a)(1)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871

## COUNT 4
(Unauthorized Occupancy of a Residence on National Forest System Lands)

From on or about June 2, 2019 to on or about November 2, 2019, in Lake County, in the Southern Division of the Western District of Michigan, the defendant,

**DENNIS WILLIAM BOHNARD**,
a/k/a "Sonny,"

knowingly maintained and occupied a residence, specifically a trailer camper, on National Forest System Lands in the Huron-Manistee National Forest, without special-use authorization and without an approved operating plan, although such authorization was required for a period of occupancy greater than 16 days.

36 C.F.R. § 261.10(b)
36 C.F.R. § 261.1b
16 U.S.C. § 551

## FORFEITURE ALLEGATIONS

### Allegation 1

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offense in violation of 18 U.S.C. § 922(k) set forth in this Indictment,

**DENNIS WILLIAM BOHNARD**,
a/k/a "Sonny,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), the firearm and ammunition involved in or used in the offense, namely, a Mossberg International Model 715T .22 caliber rifle made by Companhia Brasileira de Cartuchos (CBC) and approximately 25 rounds of .22 caliber ammunition.

18 U.S.C. § 924(d)(1)

## Allegation 2

The allegations contained in Count 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 26 U.S.C. § 5861(d) set forth in this Indictment,

**DENNIS WILLIAM BOHNARD**,
a/k/a "Sonny,"

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), the firearm involved in or used in the offense, namely, a shotgun having a barrel of less than 18 inches in length made from a Montgomery Ward & Co. Hercules 20-gauge shotgun.

26 U.S.C. § 5872(a)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney