UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

                                    Hon. Janet T. Neff

v.

                                    Case No. 1:20-cr-00008

DENNIS WILLIAM BOHNARD,

    Defendant.

_____/

## **ORDER**


       Defendant appeared before me on January 16, 2020, with appointed counsel

for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).

After being advised of his rights, including those attendant to a detention hearing,

defendant waived his right to the hearing.   I find that his waiver was knowingly

and voluntarily entered.

       Accordingly, IT IS ORDERED that defendant is committed to the custody of

the Attorney General pending trial.

       DONE AND ORDERED on January 16, 2020.


                              /s/ Phillip J. Green
                           PHILLIP J. GREEN
                           United States Magistrate Judge